UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS DIVISION
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs | * | CRIMINAL NO. B-04-023 |
| | * | |
| MARIA DE J. SERRATO | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

**INITIAL PRETRIAL & SCHEDULING CONFERENCE
AND HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

June 23, 2004, 9:00 a.m.
(RESET FROM 06/24/04)

BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO

PLACE:  U.S. Federal Building & Courthouse, 2nd Floor
600 E. Harrison
Brownsville, Texas 78520

BY ORDER OF THE COURT

June 3, 2004

cc:  ALL PARTIES