United States District Court
Southern District of Texas
FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

JUN 1 4 2004

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA, §
§
versus §   Civil Action B-04-023
§
Maria De J. Serrato §

Joint Motion for Agreed Judgment

The United States of America and Maria De J. Serrato ("Serrato"), request that the Court to sign the Agreed Judgment filed with this Joint Motion.

Respectfully submitted
BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

By: _____
Maria De J. Serrato, Defendant
35 Acapulco Ave.
Brownsville, TX 785215801

Acknowledged before me by Maria De J. Serrato on the 10th day of June, 2004

2004.

Notary Public _____



CARLOS H CARDENAS
Notary Public, State of Texas
My Commission Expires
April 25, 2007

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com