UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

JUN 1 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| versus | § § | Civil Action B-04-023 |
| Maria De J. Serrato | § | |

## Agreed Judgment

On the agreement of the parties, it is adjudged that the United States of America recover from Maria De J. Serrato:

A.  $4,420.82, plus

B.  Prejudgment interest from July 21, 1999, at $0.66 per day until the date of judgment, plus

C.  Attorney's fees of $550.00 and all costs of court, plus

D.  Post-judgment interest at  2.07 % per annum.

Signed June 15, 2004.

United States District Judge